THE STATE OF KANSAS v. ARTHUR SCHMIDT.
No. 14,962   (90 Pac. 1133.)

THE STATE OF KANSAS v. OSCAR SCHMIDT.
No. 15,094.

Appeals from Cowley district court; CARROLL L. SWARTS, judge. Opinion filed April 6, 1907. Affirmed.

*C. C. Coleman,* attorney-general, and *Fred S. Jackson,* assistant attorney-general, for The State.
*G. H. Buckman, Jackson & Noble,* and *Torrance & Bloss,* for appellants.

*Per Curiam:* These cases present the same questions which were involved in the case of *The State v. Thomas,* 74 Kan. 360, 86 Pac. 499, and upon the authority of that case the judgments are affirmed.

---

S. M. VENABLE v. J. D. BUDD.
No. 14,977   (89 Pac. 901.)

Error from Montgomery district court; THOMAS J. FLANNELLY, judge. Opinion filed April 6, 1907. Dismissed.

*A. L. Billings,* for plaintiff in error.
*Mayo Thomas,* for defendant in error.

*Per Curiam:* Plaintiff asks for a review of trial errors without presenting either a case-made or a bill of exceptions. He brings a transcript of the record, and puts into it what is claimed to be a transcript of the evidence, with exceptions, and the rulings of the court. There is no certificate of the stenographer that the transcript of his notes attached to the record is true and correct, and not being authenticated as the statute requires it cannot be considered. (Laws 1905, ch. 320, § 1.) There being nothing before us for review, the proceeding is dismissed.